FILED: November 24, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-2318
(6:21-cv-00244-JD)

_____

LARRY GOLDEN

    Plaintiff - Appellant

v.

GOOGLE LLC

    Defendant - Appellee

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of South Carolina at Greenville |
| Originating Case Number | 6:21-cv-00244-JD |
| Date notice of appeal filed in originating court: | 11/23/2021 |
| Appellant(s) | Larry Golden |
| Appellate Case Number | 21-2318 |
| Case Manager | Jennifer Rice<br>804-916-2702 |