**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

November 24, 2021

_____

RECORD REQUEST

_____

No. 21-2318,    <u>Larry Golden v. Google LLC</u>
6:21-cv-00244-JD

TO:   Robin L. Blume

Please file the record in the above-referenced case in this court. If the record is transmitted in electronic form, please ensure that any paper, sealed, or highly sensitive portions of the record are also transmitted to this office. This includes paper state court records and paper social security records filed in the district court. For appeals in criminal cases, the presentence report and statement of reasons are required.

Any highly sensitive documents **must** be sent to our court in paper form in a sealed envelope marked **HIGHLY SENSITIVE DOCUMENT**. Mark the envelope as **(original)** if it contains an original document which must be returned. Mark the envelope as **(copy)** if the document does not need to be returned.

If there is anything that will delay transmission of the record, please notify me.

Jennifer Rice, Deputy Clerk
804-916-2702