UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-2318
(6:21-cv-00244-JD)

_____

LARRY GOLDEN

  Plaintiff - Appellant

v.

GOOGLE LLC

  Defendant - Appellee

_____

O R D E R

_____

The clerk administratively closes this appeal.

  For the Court--By Direction

  /s/ Patricia S. Connor, Clerk